Fill in this information to identify the case:
Debtor name: **Naughton Plumbing Sales Co., Inc.**
United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**
Case number (if known): 4:16-BK-13201-SHG

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aircool Pad, Inc. 1319 N. Main Avenue Tucson, AZ 85705 | | | | | | $50,115.52 |
| American Refrigeration Supplies Inc 2100 N. Wilmot Road #106 Tucson, AZ 85712 | | | | | | $4,661.23 |
| American Water Heater Company PO BOX 405151 Atlanta, GA 30384 | | | | | | $107,576.28 |
| AZTR Trane USA Inc PO BOX 98167 Chicago, IL 60693 | | | | | | $52,780.16 |
| Delta Faucet Company 55 E 111th Street Indianapolis, IN 46280 | | | | | | $4,876.13 |
| Do It Best Corporation 515 Dupont Road Fort Wayne, IN 46825 | | | | | | $95,486.63 |
| Empire Comfort Systems Inc. 918 Freeburg Avenue Belleville, IL 62220 | | | | | | $5,503.69 |
| Flanders Corporation 531 Flanders Filters Road Washington, NC 27889 | | | | | | $24,827.11 |

| Debtor | Naughton Plumbing Sales Co., Inc.<br>Name | | | Case number *(if known)* | 4:16-BK-13201-SHG | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Franklin Electric Co. Inc.**<br>3939 NW 36th Street<br>Oklahoma City, OK 73112 | | | | | | $6,719.28 |
| **Goodman Distribution Inc**<br>4127 S. Palo Verde Road #165<br>Tucson, AZ 85714 | | | | | | $7,400.61 |
| **Heat Controller LLC**<br>26730 Network Place<br>Chicago, IL 60673 | | | | | | $94,919.36 |
| **International Comfort Products**<br>21630 Network Place<br>Chicago, IL 60673-1216 | | | | | | $45,060.34 |
| **LG Electronics USA**<br>201 James Record Rd. SW<br>Huntsville, AL 35824 | | | | | | $39,621.10 |
| **Motors & Armatures, Inc.**<br>PO BOX 36010<br>Newark, NJ 07188 | | | | | | $11,636.10 |
| **Phoenix Manufacturing**<br>3655 E. Roeser Road<br>Phoenix, AZ 85040 | | | | | | $105,083.18 |
| **Port A Cool**<br>721 FM2468<br>Center, TX 75935 | | | | | | $19,094.02 |
| **PPS Packaging Company**<br>PO Box 427<br>Fowler, CA 93625 | | | | | | $55,634.73 |
| **Selkirk** | | | | | | $5,228.52 |
| **SUPCO**<br>PO Box 21<br>2230 Landmark Place<br>Allenwood, NJ 08720 | | | | | | $4,635.25 |

| Debtor | Naughton Plumbing Sales Co., Inc. | | Case number *(if known)* | 4:16-BK-13201-SHG |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **USASIA**<br>**11550 US Highway 278 E**<br>**Holly Pond, AL 35083** | | | | | | $279,572.11 |